UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FIDEL ARIAS TORRES,
Petitioner,
v.
PAM BONDI, *et al.*,
Respondents.

Case No. 25-cv-02457-BAS-MSB

**ORDER:**

**(1) GRANTING UNOPPOSED MOTION TO REOPEN (ECF No. 12);**

**(2) GRANTING LEAVE TO FILE SECOND AMENDED PETITION; AND**

**(3) REQUIRING THE GOVERNMENT TO RESPOND TO THE SECOND AMENDED PETITION**

Presently before the Court is Petitioner's Unopposed Motion to Reopen Case. (ECF No. 12.) Petitioner asks the Court to grant leave to file a Second Amended Petition and set expedited briefing on the Amended Petition. (*Id.*)

Good cause appearing, the Court **GRANTS** the Motion to Reopen (ECF No. 12). The Court **ORDERS** as follows:

1. Petitioner must file a Second Amended Petition no later than **Monday, November 3, 2025**.

2. The Government must file a Return to the Second Amended Petition no later than **Thursday, November 6, 2025.**

**IT IS SO ORDERED.**

**DATED: October 30, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**