

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FIDEL ARIAS TORRES,

                     Petitioner,

v.

PAM BONDI, *et. al.*,

                     Respondents.

Case No. 25-cv-02457-BAS-MSB

**ORDER GRANTING JOINT MOTION FOR EXTENDING TIME TO RESPOND TO PETITIONER'S EQUAL ACCESS TO JUSTICE ACT FEE APPLICATION FROM JANUARY 19, 2026 TO FEBRUARY 2, 2026**

**(ECF No. 22)**

Before the Court is a Motion for an Extension of Time to extend Respondents' time to respond to Petitioner's counsel's Equal Access to Justice Act fee application (ECF No. 18), filed jointly by Petitioner Fidel Areas Torres and Respondents Pam Bondi, Executive Office for Immigration Review, Todd Lyons, and Patrick Divver. (ECF No. 22.) Parties are engaged in ongoing discussions for alternative resolution of the dispute. (*Id.*)

Accordingly, the Court finds that parties have demonstrated good cause to grant the requested extension of time. The joint motion (ECF No. 22) is therefore **GRANTED**.

- 1 -

25cv2457

Defendant must file a response to Plaintiff's Complaint with the Court no later than **February 2, 2026**.

    **IT IS SO ORDERED.**

**DATED: January 20, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

25cv2457