**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIDEL ARIAS TORRES, | Case No. 25-cv-02457-BAS-MSB |
| Petitioner, | |
| v. | **ORDER TERMINATING AS MOOT MOTION FOR ATTORNEYS' FEES (ECF No. 18)** |
| PAM BONDI, *et al.*, | |
| Respondents. | |

The parties informed the Court that they resolved Petitioner's request for attorneys' fees.  (ECF No. 24.)  Accordingly, the Court **TERMINATES AS MOOT** the pending Motion for Attorneys' Fees.  (ECF No. 18.)

**IT IS SO ORDERED.**

**DATED: March 2, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv2457